# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ROBERTA SLAAEN,

           Plaintiff,

v.                                        Case No. 18-CV-1560-JPS

SL GREENFIELD LLC,                **ORDER**

           Defendant.

On September 30, 2019, the parties filed a joint motion to dismiss this action. (Docket #21). They ask that the Court approve the parties' settlement agreement, which is required to resolve the wage claims Plaintiff brings in this case, and to dismiss the action with prejudice. (Docket #21). The parties also request that, after dismissal, the Court retain jurisdiction regarding enforcement of the settlement agreement. *Id.* Finally, the parties filed a joint motion to restrict their motion to dismiss and the attached settlement agreement, which contains a confidentiality provision. (Docket #22).

The Court will grant the parties' joint motion to dismiss, Fed. R. Civ. P. 41(a)(1)(A)(ii), inasmuch as it grants approval to the settlement and will dismiss the action with prejudice. The Court will also grant the motion to restrict. However, the Court declines to retain jurisdiction over this case to enforce the parties' settlement agreement. *See Lynch, Inc. v. SamataMason Inc.*, 279 F.3d 487, 489 (7th Cir. 2002) ("A settlement agreement, unless it is embodied in a consent decree or some other judicial order or unless jurisdiction to enforce the agreement is retained (meaning that the suit has

*not* been dismissed with prejudice), is enforced just like any other contract.").

Accordingly,

**IT IS ORDERED** that the parties' joint motion to dismiss (Docket #21) be and the same is hereby **GRANTED** in accordance with the terms of this Order;

**IT IS FURTHER ORDERED** that the parties' joint motion to restrict (Docket #22) be and the same is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED with prejudice**.

The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 10th day of October, 2019.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge