# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

ROBERTA SLAAEN,

           Plaintiff,

v.

SL GREENFIELD LLC,

           Defendant.

Case No. 18-CV-1560-JPS

**JUDGMENT**

**Decision by Court**. This action came on for consideration before the Court and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the parties' joint motion to dismiss (Docket #21) be and the same is hereby **GRANTED** as provided (Docket #23); and

    **IT IS FURTHER ORDERED AND ADJUDGED** that this action be and the same is hereby **DISMISSED with prejudice**.

APPROVED:

J.P. Stadtmueller
U.S. District Judge

STEPHEN C. DRIES
Clerk of Court
*s/ Jodi L. Malek*
By: Deputy Clerk

October 10, 2019
Date